CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                              )    Case No. 08-30026-DM
                                                    )    CHAPTER 11
KIDS CONNECTION, INC.,                              )
                                                    )
                                                    )
                    Debtor.                         )
                                                    )
_____                   )
                                                    )    Adversary Proceeding
KIDS CONNECTION, INC.,                              )
                                                    )            No.
                    Plaintiff,                      )
                                                    )
v.                                                  )
                                                    )
BURLINGAME CAPITAL PARTNERS II,                     )
L.P.,                                               )
                                                    )
                    Defendant.                      )
_____                   )

**COMPLAINT TO AVOID PREFERENTIAL TRANSFERS**

Plaintiff KIDS CONNECTION, INC., Debtor-In-Possession ("Debtor") alleges as follows:

1.      On January 9, 2008, a voluntary bankruptcy petition was filed by Debtor commencing this Chapter 11 bankruptcy ("Bankruptcy Case"). Pursuant to 11 U.S.C. 1106 and 1203 Debtor stands in the shoes of a trustee.

2.      The Court has jurisdiction over this adversary proceeding under 28 U.S.C. Section 151, 157 (b)(2), and 1334, and under Rule 5011-1 of the Bankruptcy Local Rules of The Northern District of California.

Case: 08-03049    Doc# 1    Filed: 05/27/08    Entered: 05/27/08 13:29:35    Page 1 of 3

3. This adversary proceeding is a core proceeding under 28 U.S.C. Section 157 (b)(2)(A) and (F), (H), and (O).

4. Venue is proper under 28 U.S.C. Section 1409.

5. Plaintiff is informed and believes that BURLINGAME CAPITAL PARTNERS II ("Burlingame") is an entity of unknown form and origin, did and does business within this Court's jurisdiction, with a principal place of business at 2755 Campus Drive, Ste. 125 San Mateo, CA 94403, and with Robert D. Judson, Jr. as its registered agent for service of process.

6. On October 2, 2007, a First Amended Judgment was entered in San Mateo Superior Court Case No.: 426631 in favor of Defendant Burlingame and against Debtor in the amount of $4,739,738.00. Defendant Burlingame also claims, as part of the judgment, prejudgment interest of $54,539.45, post judgment interest of $127,258.72, costs of $71,082.05, and attorneys fees of $667,036.88 (said claim for attorneys fees was opposed by Plaintiff in the San Mateo Superior Court by Kids Connection, Inc. and the San Mateo Superior Court has not ruled on the matter).

7. On or within 90 days of the commencement of this Bankruptcy Case, the following transfers ("Transfers") were made:

> a) October 11, 2007, Defendant Burlingame recorded an Abstract of Judgment with the San Mateo County Recorder's Office against Debtor's interest in property in the amount of $4,739,738.00.
>
> b) On October 22, 2007, Defendants Burlingame allegedly served Debtor with an Order For Appearance And Examination.
>
> c) On December 21, 2007, and Order Granting In Part and Denying In Part Plaintiffs (sic) QMECT, Inc.'s, Fred Koelling's, Linda Koelling's, and Cross-Defendant Kids Connection, Inc.'s Motion To Strike, or in the Alternative, Tax Costs was entered in San Mateo Superior Court Case No.: 42663 allowing costs in favor of Defendant Burlingame and against Debtor in the amount of $71,082.05.
>
> c) On January 10, 2008, Defendant Martel recorded a Notice of Judgment Lien with the California Secretary of State.

//

Case: 08-03049   Doc# 1   Filed: 05/27/08   Entered: 05/27/08 13:29:35   Page 2 of 3

## FIRST CLAIM FOR RELIEF
### (Avoidance and Recovery of Preferential Transfers)
### 11 U.S.C. 547

8. Plaintiff realleges and incorporates herein the allegations set forth in Paragraphs 1 through 7, inclusive, as though fully stated herein.

9. Plaintiff alleges that the Transfers identified in Paragraph 7 above were made to or for the benefit of a creditor; for or on account of an antecedent debt owed by the Debtor before such transfers were made; made while the Debtor was insolvent; made on or within 90 days before the date of the filing of the petition; and enables such creditors to receive more than such creditors would receive if the case were a case under chapter 7 of this title, the transfers had not been made, and such creditors received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## REQUEST FOR RELIEF

Plaintiff requests judgment as follows:

A. On the first claim for relief, for a judgment against the Defendant Burlingame avoiding the Transfers identified in Paragraph 7 above as they relate to Defendant Burlingame under 11 U.S.C. Section 547 (b) and preserving those Transfer for the benefit of the estate under 11 U.S.C. Section 551;

B. For costs of suit herein; and

C. For such further relief the Court deems proper.

Dated: May 27, 2008

CAMPEAU GOODSELL SMITH
By: /s William J. Healy
William J. Healy

Case: 08-03049    Doc# 1    Filed: 05/27/08    Entered: 05/27/08 13:29:35    Page 3 of 3