ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525)
WILLIAM W. HUCKINS (BAR NO. 201098)
MARLENE M. MOFFITT (BAR NO. 223658)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

Former Attorneys for Burlingame Capital Partners II, L.P.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 08-30026 DM11 |
| KIDS CONNECTION, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | |
| KIDS CONNECTION, INC., | Adv. Proc. No. 08-03049 |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT** |
| vs. | |
| BURLINGAME CAPITAL PARTNERS II, L.P., | |
| Defendant. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

763107.02/SF

SUBSTITUTION OF ATTORNEY

**TO THE COURT, PLAINTIFF, PLAINTIFF'S COUNSEL, AND ALL OTHER INTERESTED PARTIES:**

Defendant Burlingame Capital Partners II, L.P. hereby substitutes John W. Howard and JW Howard/Attorneys, 1508 W. Lewis St., San Diego, CA 92103, telephone number (619) 234-2842, as its attorneys of record, in place of and instead of the attorneys of and law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP. All future notices to plaintiff should be addressed to John W. Howard at the address set forth herein.

Dated: July 3, 2009

By: _____
ROBERT D. JUDSON, JR.
Principal of Burlingame Capital, LLC,
General Partner of Burlingame Capital
Partners II, L.P.

I consent to the above substitution.

Dated: July 8, 2009

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
ROBERT R. MOORE
Former Attorneys for Burlingame Capital
Partners II, L.P.

I consent to the above substitution.

Dated: July ___, 2009

JW HOWARD/ATTORNEY

By: _____
JOHN W. HOWARD
Attorneys for Burlingame Capital Partners II,
L.P.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

763107.02/SF

**SUBSTITUTION OF ATTORNEY**