**Entered on Docket
July 13, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525)
WILLIAM W. HUCKINS (BAR NO. 201098)
MARLENE M. MOFFITT (BAR NO. 223658)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516

Former Attorneys for Burlingame Capital Partners II, L.P.

**Signed and Filed: July 11, 2009**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 08-30026 DM11 |
| KIDS CONNECTION, INC., | Chapter 11 |
|     Debtor and Debtor-in-Possession. | |
| KIDS CONNECTION, INC., | Adv. Proc. No. 08-03049 |
|     Plaintiff, | **ORDER PERMITTING WITHDRAWAL OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS AS COUNSEL FOR DEFENDANT BURLINGAME CAPITAL PARTNERS II, L.P.** |
|     vs. | |
| BURLINGAME CAPITAL PARTNERS II, L.P.,, | |
|     Defendant. | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

763007.01/SF

ORDER PERMITTING WITHDRAWAL OF COUNSEL

The Court, having reviewed and considered the Notice of Substitution of Counsel filed by Burlingame Capital Partners II, L.P. ("Burlingame") on July 10, 2009 in the above-captioned action, which includes the consent to the substitution by Burlingame, and it appearing that sufficient notice has been provided under the circumstances,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Bankruptcy Local Rule 1001-2(a)(33) and Civil Local Rule 11-5, the substitution of John W. Howard as counsel of record for Burlingame in the above-captioned adversary proceeding is approved, and Allen Matkins Leck Gamble Mallory & Natsis and its attorneys are permitted to withdraw as Burlingame's counsel, effective as of July 10, 2009.

**END OF ORDER**

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**
763100.02/SF

-2-
ORDER PERMITTING WITHDRAWAL OF COUNSEL

Case: 08-03049    Doc# 16    Filed: 07/11/09    Entered: 07/13/09 14:56:06    Page 2 of 3

COURT SERVICE LIST

| PLAINTIFF | COUNSEL FOR PLAINTIFF |
|---|---|
| Kids Connection, Inc. | Scott L. Goodsell, Esq. |
| c/o Linda Koelling, as responsible | William J. Healy, Esq. |
| individual | Campeau, Goodsell and Smith |
| 1970 Beach Park | 440 North First Street, Suite 100 |
| Foster City, CA 94404 | San Jose, CA 95112 |

| UNITED STATES TRUSTEE | BURLINGAME CAPITAL PARTNERS II, L.P. |
|---|---|
| Patricia Cutler, Esq. | Burlingame Capital Partners II, L.P. |
| Office of the U.S. Trustee | 3182 Campus Drive #306 |
| 235 Pine Street, Suite 700 | San Mateo, California 94403 |
| San Francisco, CA 94104 | |

| JOHN W. HOWARD | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP |
|---|---|
| John W. Howard, Esq. | |
| JW Howard Attorneys | |
| 1508 West Lewis Street | Robert R. Moore, Esq. |
| San Diego, California 92103 | William W. Huckins, Esq. |
| | Marlene M. Moffitt, Esq. |
| | Allen Matkins Leck Gamble Mallory & Natsis, LLP |
| | Three Embarcadero Center, 12th Floor |
| | San Francisco, CA 94111 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

763100.02/SF

3
ORDER PERMITTING WITHDRAWAL OF COUNSEL